UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BOBBIE LEE BROOKS,<br>    Plaintiff,<br><br>v.<br><br>JESS D. CAMPBELL, et al.,<br>    Defendants. | )<br>)<br>)<br>)   No. 3:06-CV-200<br>)   (Phillips)<br>)<br>) |

## ORDER

There being no timely objection by the plaintiff, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 3] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on May 26, 2006, is hereby **ACCEPTED IN WHOLE** whereby this action is **DISMISSED WITHOUT PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). Plaintiff's complaint lacks any arguable basis for a recovery in Federal Court. *2Neitzke v. Williams,* 490 U.S. 319 (1989).

**IT IS SO ORDERED.**

ENTER:

    s/ Thomas W. Phillips
United States District Judge